-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PHYLLIS HARMON,

        Plaintiff,

   -v-                                     11-CV-6602L
                                                **ORDER**

INVENTION SUBMISSION CORPORATION
and WALTER SCOTT,,

        Defendants.

_____

     Plaintiff Phyllis Harmon, proceeding pro se, brought this action pursuant to 42 U.S.C. § 1983.  Plaintiff was directed to show on what basis this Court has jurisdiction over the matter by January 24, 2012 (Docket # 3).  Plaintiff thereafter requested, and was granted, an extension of time to amend the complaint (Docket # 5).  The date by which plaintiff was directed to respond as to the basis for jurisdiction, February 28, 2012, has now passed.  In addition, the copy of the Order granting the extension of time was sent by certified mail to the address provided by plaintiff and has been returned to the Court as unclaimed and unable to forward.  Because Plaintiff has failed to respond to the court's request for an explanation as to the purported basis for jurisdiction over this matter, this action is hereby dismissed without prejudice.

    **SO ORDERED.**

                                        S/ Michael A. Telesca

                                   _____
                                    MICHAEL A. TELESCA
                                United States District Judge

Dated:    March 13, 2012
            Rochester, New York